**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawntajiah A. (a minor), by Crystal Ayers,<br><br>     Plaintiff,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of Social Security Administration,<br><br>     Defendant. | NO. CV07-01060-PHX-SMM<br><br>O R D E R |

Having considered the parties' stipulation to Summary Judgment Schedule (Doc. 16) and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall, on or before February 27, 2008, file with this Court a Motion for Summary Judgment, with all necessary memoranda. The parties shall thereafter have the time set forth by local rule for filing a Response and Reply.

DATED this 9th day of January, 2008.

_____
Stephen M. McNamee
United States District Judge