**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawntajiah A. (a minor), by Crystal Ayers, ) ) ) Plaintiff, ) ) vs. ) ) Michael J. Astrue, Commissioner of Social Security Administration, ) ) ) Defendant. ) _____) | NO. CV07-01060-PHX-SMM **O R D E R** |

Having considered the parties' Stipulation to Summary Judgment Schedule (Doc. 18) and good cause appearing,

**IT IS HEREBY ORDERED** that no later than April 10, 2008, Plaintiff shall file with this Court a Motion for Summary Judgment, with all necessary memoranda. Defendant shall thereafter have the time set forth by local rule for a Response, and Plaintiff shall be entitled to file a Reply.

DATED this 29th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge