**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawntajiah A. (a minor), by Crystal Ayers,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of Social Security Administration,<br><br>　　　　Defendant. | NO. CV07-01060-PHX-SMM<br><br>**O R D E R** |

Having considered the parties' third Stipulation to Extend the Parties' Summary Judgment Schedule (Doc. 20), and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation (Doc. 20) is **GRANTED**. This, however, shall be the **final extension** for dispositive deadlines in this case. The Court acknowledges that Plaintiff's counsel has other cases he is diligently working on; however, such is not justification for **repeatedly** delaying the instant case. Consequently, Plaintiff shall, on or before **Friday May 7, 2008**, file with this Court a Motion for Summary Judgment, with all necessary corresponding memoranda. The parties shall thereafter have the time set forth by local rule for filing a Response and Reply.

DATED this 16th day of April, 2008.

Stephen M. McNamee
United States District Judge