**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Shawntajiah A. (a minor),
by Crystal Ayers,

        Plaintiff,

vs.

Michael J. Astrue, Commissioner
of Social Security Administration,

        Defendant.

NO. CV07-01060-PHX-SMM

**O R D E R**

    Currently pending before the Court is the parties' Stipulation[1] to Extend the Summary Judgment Schedule for Plaintiff to file its Reply brief.  Plaintiff seeks an extension until August 19, 2008.

    Plaintiff's attorney cites a high volume of work for the primary reason for requesting the extension.  Such was the same reason provided to the Court for the previous requests. On April 16, 2008, this Court entered  an Order stating that the Court would grant **<u>no further extensions</u>** to the dispositive motion deadline, this includes Response and Reply briefs.  As articulated, the Court acknowledges that Plaintiff's counsel has other cases he is diligently working on; however, such is not justification for **repeatedly** delaying the instant case.  (*See* Doc. 20.)

    Plaintiff's counsel has provided the deadlines he is facing in this and other cases. These deadlines raise the possibility that Plaintiff's counsel has undertaken an unmanageable number of cases. *See Matter of Wolfram*, 847 P.2d 94, 101 (Ariz. 1993)

---

[1] This is the fourth request for an extension of the dispositive motion deadline.

("A lawyer must not accept representation if the lawyer's workload prohibits handling a matter in compliance with our professional rules.").  While Plaintiff's counsel clearly has a number of current conflicts, he has not established justification nor good cause as to why he is unable to complete the Reply brief during the permitted period.

**IT IS HEREBY ORDERED DENYING** the Stipulation. (Doc. 26.)

DATED this 1st day of July, 2008.

Stephen M. McNamee
United States District Judge